IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:06CR184-DRB |
| | ) | [18 U.S.C. 13; AL 13A-6-22] |
| v. | ) | |
| | ) | |
| LATONYA MORRIS | ) | INFORMATION |

RECEIVED
2006 AUG -8 P 4:23
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

The United States Attorney charges that:

On or about the 2nd of October, 2005, at Fort Rucker, Alabama, in the Middle District of Alabama, LATONYA MORRIS did intentionally cause physical injury to a person; to wit: Intentionally hit William Morris with a drinking glass, in violation of Title 18, Section 13, United States Code and Alabama Code 13A-6-22(a)1.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*/s/ Kent Brunson*
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY


*/s/ Nathan T. Golden*
NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9807

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | AFFIDAVIT |
| | ) | |
| DALE COUNTY | ) | |

The undersigned, being first duly sworn, deposes and says:

I am a Military Investigator at Fort Rucker, Alabama. Investigation revealed that at approximately 12:01 A.M. on the 2nd of October, 2005, a confrontation took place between LATONYA MORRIS and William Morris. In a statement to the military police, Morris, W. accused MORRIS, L. of throwing a glass and striking him on the head. In a statement to the military police, MORRIS, L. admitted to throwing an object at Morris, W.

_____
HAROLD WOOLLEY, INVESTIGATOR, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this 25 day of July 2006.

_____
NOTARY PUBLIC

My commission expires: 23 DEC 2006