COURTROOM DEPUTY MINUTES Case 1:06-cr-00184-CSC Document 6 DATE: 9/27/2006 Filed 09/27/2006 Page 1 of 1
MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: 10:50 - 10:55 am

☑ **INITIAL APPEARANCE**
☐ BOND HEARING
☐ DETENTION HEARING
☐ REMOVAL HEARING (R.40)
☑ **ARRAIGNMENT**
☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Delores Boyd    DEPUTY CLERK: S. Q. Long, Jr.

CASE NO. 1:06CR184-DRB    DEFT. NAME: Latonya MORRIS

USA: Golden    ATTY: Bethel
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived ( ) CDO
( ) Stand In ONLY

USPTSO/USPO: Pitcher/Johns/Brockett

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES NAME:_____

☐ kars.     Date of Arrest _____ or ☐ karsr40
☑ kia.      Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator
☐ kcnsl.    Deft. First Appearance with Counsel
☐           Deft. First Appearance without Counsel
☐ ✓         Requests appointed Counsel  ☑ ORAL MOTION for Appointment of Counsel
☑ kfinaff.  Financial Affidavit executed ☐ to be obtained by PTSO
☑ koappted  ORAL ORDER appointing Community Defender Organization - Notice to be filed.
☐ k20appt.  Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐           Deft. Advises he will retain counsel. Has retained _____
☐           Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
☐           Government's WRITTEN Motion for Detention Hrg. filed.
☐ kdmhrg.   Detention Hearing ☐ held; ☐ set for _____
☐ kotempdtn. ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐ kodtn.    ORDER OF DETENTION PENDING TRIAL entered
☐ kocondrls. Release order entered. Deft. advised of conditions of release
☐ kbnd.     ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
            ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
☐ kloc.(LC) Bond NOT executed. Deft to remain in Marshal's custody
☐           Preliminary Hearing ☐ Set for _____
☐ ko.       Deft. ORDERED REMOVED to originating district
☐ kwvprl.   Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing)
☐ ✓         Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
☑ karr.     ARRAIGNMENT SET FOR: _____ ☑ HELD. Plea of NOT GUILTY entered.
            ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
            DISCOVERY DISCLOSURES DATE: _____
☐ krmknn.   NOTICE to retained Criminal Defense Attorney handed to Counsel
☐ krmvhrg.  Identity/Removal Hearing set for _____
☐ kwvspt    Waiver of Speedy Trial Act Rights Executed