IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 1:06-po-184-DRB |
| | ) | |
| LATONYA MORRIS | ) | |

## UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, **LATONYA MORRIS**, through undersigned

counsel, Donnie Bethel, pursuant to 18 U.S.C. 3161 §§ (h)(8)(A) and (h)(8)(B), and

respectfully moves the Court for an Order continuing this matter from the November Trial

Docket.  In support of this motion, the Defendant would show the following:

1.    Ms. Morris has submitted a  request for pretrial diversion in this case.

Special Assistant United States Attorney Capt Nate Golden is recommending to Assistant

United States Attorney Kent Brunson that Ms. Morris's request be approved..

2.    For the foregoing reason, Capt Golden concurs with Ms. Morris's Motion to

Continue.

3.    A Waiver of Speedy Trial will be filed forthwith.

**WHEREFORE**, Defendant respectfully requests that this Motion to Continue be

granted.

Dated this 19th day of October, 2006

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 1:06-po-184-DRB** |
| | ) | |
| **LATONYA MORRIS** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2006, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to

the following:

Kent B. Brunson, Esq.                      Nathan T. Golden
Assistant United States Attorney           Department Of The Army
One Court Square, Suite 201                Office of Staff Judge Advocate
Montgomery, Alabama 36104                  Military Justice (ATZQ-SJA-MJ)
                                           Bldg. 5700, Novosel Street
                                           Fort Rucker, AL 36362


Respectfully submitted,


s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49