| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: DECEMBER 15, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED: |

### PRETRIAL CONFERENCE

PRESIDING MAG. JUDGE: CHARLES S. COODY      DEPUTY CLERK: WANDA STINSON

CASE NUMBER: 1:06PO184-CSC      DEFENDANT NAME: LATONYA MORRIS

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. ~~NATHAN GOLDEN~~ *A. Clark Morris* | ATTY. DONNIE BETHEL |

√ DISCOVERY STATUS: Complete.

√ PENDING MOTION STATUS: NONE.

☑ PLEA STATUS: Put in request for pretrial diversion. Investigation pending

☐ TRIAL STATUS:

☑ REMARKS: Counsel shall file m/continue the trial