# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 1:06-po-184-CSC** |
| | ) | |
| **LATONYA MORRIS** | ) | |

## SECOND UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, **LATONYA MORRIS**, through undersigned counsel, Donnie Bethel, pursuant to 18 U.S.C. 3161 §§ (h)(8)(A) and (h)(8)(B), and respectfully moves the Court for an Order continuing this matter from the January 2007 Trial Docket. In support of this motion, the Defendant would show the following:

1. On October 19, 2006, Ms. Morris submitted a request for pretrial diversion in this case. Special Assistant United States Attorney Capt Nate Golden recommended to Assistant United States Attorney Kent Brunson that Ms. Morris' request be approved. The required pretrial diversion investigation will not be complete before the scheduled trial date of January 9, 2007.

2. For the foregoing reasons, Capt Golden concurs with Ms. Morris' Motion to Continue.

4. Therefore, the ends of justice will be served by the granting of a continuance.

**WHEREFORE**, Defendant respectfully requests that this Motion to Continue be

granted.

    Dated this 21st day of December, 2006.

                                              Respectfully submitted,

                                              s/ Donnie W. Bethel
                                              DONNIE W. BETHEL
                                              Assistant Federal Defender
                                              201 Monroe Street, Suite 407
                                              Montgomery, Alabama 36104
                                              Phone: (334) 834-2099
                                              Fax: (334) 834-0353
                                              E-mail:don_bethel@fd.org
                                              IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 1:06-po-184-CSC |
| | ) | |
| LATONYA MORRIS | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson, Esq.
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Nathan T. Golden
Department Of The Army
Office of Staff Judge Advocate
Military Justice (ATZQ-SJA-MJ)
Bldg. 5700, Novosel Street
Fort Rucker, AL 36362


Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49