IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. NO. 1:06po184-CSC |
| ) | |
| LATONYA MORRIS ) | |

## ORDER

For good cause, it is

**ORDERED** that the pretrial conference presently set for **February 20, 2007 at 1:00 p.m.** in Courtroom 4B be and is hereby **MOVED to Courtroom 5B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 15th day of February 2007.


          /s/Charles S. Coody
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE