COURTROOM DEPUTY MINUTES        DATE: FEBRUARY 20, 2007

MIDDLE DISTRICT OF ALABAMA       DIGITAL RECORDED: 1:18 - 1:20

## PRETRIAL CONFERENCE

PRESIDING MAG. JUDGE: SUSAN R. WALKER    DEPUTY CLERK: WANDA STINSON

CASE NUMBER: 1:06PO-184-CSC    DEFENDANT NAME: LATONYA MORRIS

### APPEARANCES

GOVERNMENT                          DEFENDANT COUNSEL
ATTY. KENT BRUNSON                  ATTY. DONNIE BETHEL

√ DISCOVERY STATUS: Complete.

√ PENDING MOTION STATUS: None.

☑ PLEA STATUS: Deft has been approved for pretrial diversion. Probation report has not been executed yet.

☑ TRIAL STATUS: to trial. Will take 1 day to try case, if goes

☑ REMARKS: Case to be dismissed prior to trial term.